Cox *v.* Runnion and Wife.—On appeal.

Monday,
November 18.

ASSUMPSIT against *Andrew Runnion* and *Mary* his wife, for a debt due from the wife *dum sola*. *Held*, that it was no objection to the declaration that the christian name only of the wife was stated. Lilly's Entries, 27.